HEATHER E. WILLIAMS, Bar#122664
Federal Defender
PEGGY SASSO, Bar # #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
ELIBERTO NAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-MJ-0172 BAM |
|---|---|
| Plaintiff, | ) **DEFENDANT'S MOTION FOR RETURN OF** |
| | ) **PASSPORT; ORDER** |
| vs. | ) |
| ELIBERTO NAVIA, | ) |
| Defendant. | ) |

Defendant Eliberto Navia appeared in this Court on November 20, 2015 on an out-of-district warrant from the District of New Mexico, and was ordered released. Pursuant to the terms of his release Mr. Navia surrendered his United States passport to this Court.

| 11/30/2015 | 9 | COLLATERAL RECEIVED as to Eliberto Navia: USA Passport from Eliberto Navia, Passport Number 518178426. (Marrujo, C) (Entered: 11/30/2015) |
|---|---|---|

Mr. Navia was sentenced to time served on the underlying case on November 15, 2018 in the District of New Mexico, Case No. 1:15-cr-4087 JAP. Exhibit A.

Pursuant to the Clerk's Office, this Court remains in possession of Mr. Navia's passport that was received on November 30, 2015. As Mr. Navia has been sentenced and is thus no longer on Pretrial release, it is requested that Mr. Navia's United States Passport be returned to him.

Motion for Return of Passport; [PROPOSED] Order   -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 7, 2019

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ELIBERTO NAVIA

# **O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court return Mr. Eliberto Navia's United States Passport received by this Court on November 30, 2015. Mr. Navia will personally go the United States Clerk's Office to pick it up.

IT IS SO ORDERED.

Dated: **January 7, 2019**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE